# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 5, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158852(73)
158856

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

DETROIT ALLIANCE AGAINST THE RAIN
TAX, DETROIT IRON & METAL COMPANY,
AMERICAN IRON & METAL COMPANY,
MCNICHOLS SCRAP IRON & METAL
COMPANY, MONIER KHALIL LIVING
TRUST, and BAGLEY PROPERTIES, LLC,
          Plaintiffs-Appellants,

v                                                    SC: 158852
                                                     COA: 339176

CITY OF DETROIT, DETROIT WATER AND
SEWAGE DEPARTMENT, and DETROIT
BOARD OF WATER COMMISSIONERS,
          Defendants-Appellees.
_____

NICOLA BINNS, JAYNE CARVER, SUSAN
MCDONALD, GOAT YARD, LLC, and END
OF THE ROAD MINISTRIES, LLC,
          Plaintiffs-Appellants,

v                                                    SC: 158856
                                                     COA: 337609

CITY OF DETROIT, CITY OF DETROIT WATER
AND SEWAGE DEPARTMENT, DETROIT
BOARD OF WATER COMMISSIONERS, and
GREAT LAKES WATER AUTHORITY,
          Defendants-Appellees.
_____/

On order of the Chief Justice, the motion of Trappers Properties *et al.* to extend the time for filing their brief amicus curiae is GRANTED. The amicus brief will be accepted as timely filed if submitted on or before May 10, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 5, 2019



Clerk